# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA <br> Plaintiff | ) ) ) | Case No: 15 CR 656 (2) |
| v. | ) ) ) | Judge: Michael T. Mason |
| Parameswari Veluchamy (2) | ) ) ) | |
| Defendant | ) ) | |

## ORDER

Detention hearing held as to defendant Parameswari Veluchamy (2). For the reasons stated in open court, defendant's oral motion for pretrial release is granted over the Government's objection. Enter Order Setting Conditions of Release. Defendant waives the right to a preliminary examination hearing. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. Defendant shall be released after processing. Defendant waives the right to a preliminary examination hearing.

(T 2:00)


Date:   November 5, 2015                    /s/ Michael T. Mason
                                            U.S. Magistrate Judge