**FILED**

**NOV 06 2015**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
v. )
)
PETHINAIDU VELUCHAMY and )
PARAMESWARI VELUCHAMY )
)
)
) No. 15 CR 656-1 & 2
) Magistrate Judge Michael T. Mason

## FORFEITURE AGREEMENT

Pursuant to the Order Setting Conditions of Release entered in the above-named case on November 5, 2015 for and in consideration of bond being set by the Court for defendant PETHINAIDU VELUCHAMY AND PARAMESWARI VELUCHAMY (the "defendants") in the amount of $7,000,000, being partially secured by real property, **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY, husband and wife and GRANTOR(S)** hereby understand, warrant and agree:

1. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** warrant that they are the sole record owners and titleholders of the real property located at 3001 Oak Brook Hills Road, Oak Brook, Illinois 60523 and described legally as follows:

THE WEST 285 FEET OF THE EAST 570 FEET OF THE SOUTH 600 FEET OF THE WEST 1/2 OF THE SOUTHEAST 1/4 OF SECTION 28, TOWNSHIP 39 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN DUPAGE COUNTY, ILLINOIS.

Parcel Number(s): 06-28-403-012
(the "subject property")

2. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** warrant that There is one outstanding mortgage against the subject property and that their equitable interest in the real property equals at least $783,000.

3. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** have received a copy of the Court's Order Setting Conditions of Release and understand its terms and conditions.

4. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** understand and agree that the defendants will be subject to the terms and conditions of the Order Setting Conditions of Release until any of the following events: (a) defendants surrender to serve their sentences; (b) defendants are taken into custody by order of the court in the above-captioned matter; (c) the above-captioned matter is dismissed against defendants in its entirety; or (d) judgment is entered in each of defendant's favor.

5. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** agree that public docket entries and filings in the above-captioned matter constitute adequate notice to the sureties of all judicial proceedings in the case. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** understand that modifications to the Court's Order Setting Conditions of Release may occur, and may materially change the conditions of release. In exchange for the entry of the Order Setting Conditions of Release, **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** waive any right to receive notice of judicial proceedings from the United States or the Court.

6. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** understand and agree that this forfeiture agreement applies to any modified Order Setting Conditions of Release entered by the Court in the above-captioned matter.

7. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** agree that their equitable interest in the above-described real property shall be forfeited to the United States of America, should either of the defendants fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

8. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** agree to execute a quit claim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court.

9. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** understand that the United States of America will seek an order from the Court authorizing the United States of America to file and record the above-described deed, and will take whatever other action that may be necessary to perfect its interest in the above-described real property, should either of the defendants fail to appear as required by the Court or otherwise violate any condition of the Court's Order Setting Conditions of Release, during the pendency of the order.

10. **ARUN KUMAR VELUCHAMY** understands and agrees that should either of the defendants fail to appear as required by the Court or otherwise violates any condition of the Court's Order Setting Conditions of Release, **ARUN KUMAR VELUCHAMY** will be liable to pay the difference between the bond amount of $7.000,000 and his equitable interest in the subject property, and **ARUN KUMAR VELUCHAMY** hereby agrees to the entry of a default judgment against him for the amount of any such difference.

11. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

12. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendants, they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury.

13. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** agree that the United States shall file and record a copy of this Forfeiture Agreement with the DuPage County Recorder's Office as notice of encumbrance in the amount of the bond.

14. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct.

15. **ARUN KUMAR VELUCHAMY AND SONIA A. VELUCHAMY** understand and agree that failure to comply with any term or condition of this Forfeiture Agreement will constitute grounds for the United States of America to request that the bond posted for the release of the defendants be revoked.

Date: 11-6-15

_____
**ARUN KUMAR VELUCHAMY**
Surety/Grantor

Date: 11-6-15

_____
**SONIA A. VELUCHAMY**
Surety/Grantor

Date: 11-6-15

_____
WITNESS

**Prepared by and Return to:**
Bissell, US Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604