### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Plaintiff | ) | No. 15 CR 656 (1-2) |
| | ) | Honorable Michael Mason |
| Parameswari Veluchamy and | ) | |
| Pethinaidu Veluchamy, | ) | |
| | ) | |
| Defendants | ) | |

### ORDER

It is hereby ordered that the above defendants' bond shall be modified to allow them movement while on location monitoring from 9:30am until 7:30pm Monday through Friday. All other conditions of the defendant's bond shall remain the same.

_____
Michael T. Mason
U.S. Magistrate Judge

Date: March 29, 2016