UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 15 CR 656 |
| | ) | |
| vs. | ) | Chief Judge |
| | ) | Ruben Castillo |
| PETHINAIDU VELUCHAMY and | ) | |
| PARAMESWARI VELUCHAMY | ) | |

**O R D E R**

Upon the Government's Agreed Motion, under Title 18, United States Code, Section 3161(h)(7)(A) & (B), for an extension of time in which to return an indictment in the above-captioned cause,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendants be extended to and including July 17, 2016. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendants in a speedy trial because:

(i) this case involves a larger investigation that is broad in scope such that it would be unreasonable to expect the government effectively to prepare the evidence for presentation to the Grand Jury in a shorter time period;

(ii) this is a case in which arrest preceded indictment and the arrest occurred at a time such that it would be unreasonable to expect return and filing of the indictment within a shorter time period and because the facts upon which the Grand Jury must base its determination are complex; and

(iii) the failure to grant such an extension would deny the government the reasonable time necessary for effective preparation of the evidence for presentation to the Grand Jury, taking into account the exercise of due diligence.

        ENTERED:

        *[signature]*

        _____
        RUBEN CASTILLO
        Chief Judge

DATED: May 11, 2016