# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                            )
      Plaintiff,           )
      -v-                 )   No. 15 CR 656
                            )   Honorable Michael Mason
Parameswari Veluchamy and     )
Pethinaidu Veluchamy,        )
                            )
      Defendants.       )

## DEFENDANTS PETHINAIDU VELUCHAMY AND PARAMESWARI VELUCHAMY'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

NOW COME Defendants, Pethinaidu Veluchamy and Parameswari Veluchamy, by and through their attorneys, MONICO & SPEVACK and KULWIN, MASCIOPINTO & KULWIN, LLP and respectfully request this court to modify their bond in the following manner:

1.     Defendants be allowed movement, while on location monitoring on Saturdays, from 5pm-9pm to care for/ visit their grandchildren in Chicago, IL, (understanding they will no longer be able to do errands on Saturdays from 11am-3pm) and one weekday per week from 5pm-9pm, with the day

specified each week when they submit their planned schedule to U.S. Pretrial Services Officer, Christa Green and on the further condition that they call Ms. Green or other assigned pretrial services officer when they arrive at their grandchildren's residence- the home of Arun Veluchamy in Chicago, from the home's landline, 312 624 9335 and call Ms. Green again when they are about to leave in order to return before 9pm from that same landline.

2. Defense counsel has discussed this motion with the U.S. Pretrial Services Officer, Christa Green. Ms. Green does not object to the proposed modification of the bond conditions.

2. Defense counsel has spoken with the AUSA Bethany Biesenthal, who does not object to the modification of the bond conditions.

3. On October 30, 2015 the Government issued a criminal complaint charging Pethinaidu Veluchamy and Parameswari Veluchamy with willfully and knowingly making a false statement in an application for a passport under 18 U.S.C. §1542.

4. The Defendants have been on bond since November 5, 2015, about seven (7) months. The bond conditions include location monitoring.

5. Mr. Veluchamy and Mrs. Veluchamy would remain on location monitoring and all other conditions of bond would remain unchanged.

WHEREFORE, Pethinaidu Veluchamy and Parameswari Veluchamy respectfully request that this Court modify the conditions of their bond to allow for

movement to care for their grandchildren on Saturdays from 5pm until 9pm and one weekday per week from 5pm until 9, with the day specified each week when they submit their planned schedule to the US Pretrial Services Officer within the Northern District of Illinois.

                                        Respectfully submitted,

                                        Parameswari Veluchamy
                                        Pethinaidu Veluchamy

                          By:      /s/ Michael D. Monico
                                   /s/ Jonathan S. Bedi
                                   /s/ Shelly Kulwin
                                   Attorneys for the Defendants

Michael D. Monico
Jonathan S. Bedi
MONICO & SPEVACK
20 South Clark Street, Suite 700
Chicago, Illinois 60603
312-782-8500

Shelly Kulwin
KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street
Suite 2500
Chicago, IL 60601
312-641-0300