# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                           Case No.: 1:15−cr−00656
                                                           Honorable Sidney I. Schenkier

Pethinaidu Veluchamy, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 19, 2016:

      MINUTE entry before the Honorable Michael T. Mason:Motion hearing held on 5/19/16 regarding defendants Pethinaidu Veluchamy and Parameswari Veluchamy's unopposed motion to modify conditions of release [39]. Defendants' unopposed motion [39] is granted. Order to follow. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.